THOMAS JONES *v.* T. F. HAZELRIGG'S AD'R ET AL.

Appeal and Error—Injunction—Discharge Interlocutory Judgment.
   The discharge of an injunction is an interlocutory jundgment from
which there is no appeal.

APPEAL FROM BATH CIRCUIT COURT.

November 20, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

According to the record before this court there is no judgment
dismissing the appellant's cross petition, but the only judgment
appealed from is that of a discharge of his injunction which is
interlocutory and for twenty dollars and costs, which this court
has no jurisdiction to reverse.

Whatever ultimate equity the appellant may have, there does not
appear to be any final judgment which this court can revise.

Wherefore, for want of appellate jurisdiction, the appeal is dis-
missed.

*Nesbitt, Gudgell & Elliott,* for appellant.

*Hazelrigg & Lacy,* for appellees.